**AFFIRM; and Opinion Filed October 1, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00873-CV

### DELILAH DRINKS, Appellant
### V.
### PACIFIC UNION FINANCIAL, LLC, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-00630**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Schenck
Opinion by Justice Fillmore

Before the Court is appellant's unopposed motion to affirm appealed judgment. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), we grant the motion and affirm the trial court's judgment without regard to the merits. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

180873F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DELILAH DRINKS, Appellant

No. 05-18-00873-CV     V.

PACIFIC UNION FINANCIAL, LLC,
Appellee

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-00630.
Opinion delivered by Justice Fillmore,
Justices Lang and Schenck participating.

In accordance with this Court's opinion of this date, we **AFFIRM** the trial court's judgment without regard to the merits.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 1st day of October, 2018.